No. 04–1206. CAROLAN v. CARDIFF UNIVERSITY ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–1209. POLITZER v. SALOMON SMITH BARNEY, INC. C. A. 9th Cir. Certiorari denied.

No. 04–1211. FLOYD v. MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 04–1220. OSBURN v. ATLANTA CENTER FOR DERMATO-LOGIC DISEASES ET AL. Ct. App. Ga. Certiorari denied.

No. 04–1229. SVERDLIN, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF AUTOMATED MARINE PROPULSION SYSTEMS, INC. v. SWANK ET AL. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 04–1232. QUINN v. PHILIPS MEDICAL SYSTEMS, INC., ET AL. C. A. 1st Cir. Certiorari denied.

No. 04–1241. SILVER SPUR RESERVE, A CALIFORNIA GENERAL PARTNERSHIP, DBA SILVER SPUR MOBILE MANOR v. CITY OF PALM DESERT, CALIFORNIA, ET AL. Ct. App. Cal., 4th App. Dist., Div. 2. Certiorari denied.

No. 04–1242. SOUTH CAROLINA DEPARTMENT OF CORREC-TIONS v. SLEZAK. Sup. Ct. S. C. Certiorari denied.

No. 04–1243. SMITH ET AL. v. UNITED STATES ET AL. C. A. Fed. Cir. Certiorari denied.

No. 04–1248. BELLECOURT ET AL. v. CITY OF CLEVELAND, OHIO, ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 04–1258. CONNOR, EXECUTOR OF THE ESTATE OF HANLON v. LEAVITT, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 3d Cir. Certiorari denied.

No. 04–1274. DIAZ FLORES v. GONZALES, ATTORNEY GEN-ERAL. C. A. 5th Cir. Certiorari denied.